BOWMAN AND BROOKE LLP
Brian Takahashi, Esq. (SBN 146505)
Renee Konigsberg Diaz, Esq. (SBN 186320)
970 W. 190th Street, Suite 700
Torrance, California 90502
Tel:   310.768.3068
Fax:  310.719.1019
E-mail: brian.takahashi@bowmanandbrooke.com
E-mail: renee.diaz@bowmanandbrooke.com

JS-6

Attorneys for Defendants,
JAGUAR LAND ROVER NORTH AMERICA, LLC and
PENEGON WEST, INC. dba HORNBURG JAGUAR LAND ROVER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JANNA BRONECHTER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company; HORNBURG JAGUAR/LAND ROVER, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO.<br><br>**CV 13-05018 DDP (AGRx)**<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION TO LOS ANGELES COUNTY SUPERIOR COURT** |

**ORDER**

　　Based on the Parties' stipulation, and good cause appearing, IT IS ORDERED THAT:

　　1.　Central District of California – Western Division case number 2:13-CV-05018-DDP-AGR styled *Janna Bronechter v. Jaguar Land Rover North America, LLC, et al.* is hereby remanded to Los Angeles County Superior Court;

2. The Scheduling Conference set for September 30, 2013 is VACATED.

IT IS SO ORDERED.

Dated: August 22, 2013

*[signature]*

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION TO REMAND REMOVED ACTION TO LOS ANGELES COUNTY SUPERIOR COURT